IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| DOREK ROBERSON, | * |  |
|---|---|---|
| Plaintiff, | * |  |
| v. | * | CV 619-048 |
| MS. WRIGHT, | * |  |
| Defendant. | * |  |

**ORDER**

Before the Court is Plaintiff Dorek Roberson's notice of voluntary dismissal. (Doc. 19.) Because Defendant has not answered the complaint or moved for summary judgment, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 14th day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA